IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIK D. ANDREWS, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SCOTT W. SEALES, | : | No. 11-CV-1967 |
|     Defendant. | : | |

## ORDER

AND NOW, this **31st** day of **July, 2012**, upon consideration of the following motions and the responses thereto, and for the reasons set forth in the foregoing Memorandum Opinion, it is hereby **ORDERED** as follows:

    1.  Defendant's Motion in Limine to Preclude Plaintiff from Testifying Regarding Medical Causation (doc. 35) is **DENIED**;

    2.  Defendant's unopposed Motion in Limine to Exclude Evidence of Prior Acts (doc. 36) is **GRANTED**; and

    3.  Defendant's Motion in Limine to Permit Cross-Examination Regarding Plaintiff's Prior False Statements (doc. 37) is **GRANTED** in part and **DENIED** in part.

BY THE COURT:

/s/ Timothy R. Rice
HONORABLE TIMOTHY R. RICE
United States Magistrate Judge